# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director

**Registration Number**

**PA 2-176-664**

**Effective Date of Registration:**
April 12, 2019

## Title
_____

Title of Work: Hellboy

Previous or Alternate Title: Hellboy 3

Nature of Claim: Motion Picture

## Completion/Publication
_____

Year of Completion: 2019
Date of 1st Publication: April 10, 2019
Nation of 1st Publication: Belgium

## Author
_____

Author: HB Productions, Inc.
Author Created: entire film
Work made for hire: Yes
Domiciled in: United States
Anonymous: No
Pseudonymous: No

## Copyright Claimant
_____

Copyright Claimant: HB Productions, Inc.
318 N. Carson St., #208, Carson City, NV 89701

## Limitation of copyright claim
_____

Material excluded from this claim: Motion Picture Screenplay, pre-registration of film
Previously registered: Yes
Previous registration and year: PAu 3-916-707, PRE000010470, 2017, 2018
Basis of current registration: This is a changed version of the work.

New material included in claim: Cinematographic material including performance, production as a motion
picture, editing and all audio visual elements including photography dialogue,
music and special effects

Page 1 of 2

## Certification

|  |  |
|---|---|
| **Name:** | Rick Eyler |
| **Date:** | April 11, 2019 |

|  |  |
|---|---|
| **Correspondence:** | Yes |
| **Copyright Office notes:** | Regarding special handling request: Claim upgraded for Special Handling per request received on 5/21/2019  due to pending or prospective litigation. Registration decision and certificate issued on 5/24/2019. |

# EXHIBIT B

| No | IP | Port | Hit Date UTC | File Name | File Hash | ISP | Region | City | Province |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 67.175.19.16 | 51238 | 2019-08-24 11:52:03 | Hellboy (2019) [WEBRip] [1080p] [YTS.LT] | SHA1: E1F80.20C12028A1C9AC791E790FDC53F3F65A3E4 | Comcast Cable | Illinois | Westmont | DuPage |
| 2 | 71.239.200.1 | 6881 | 2019-08-24 05:57:46 | Hellboy (2019) [WEBRip] [1080p] [YTS.LT] | SHA1: E1F80.20C12028A1C9AC791E790FDC53F3F65A3E4 | Comcast Cable | Illinois | Calumet City | Cook |
| 3 | 67.186.122.185 | 33824 | 2019-08-23 21:26:11 | Hellboy (2019) [WEBRip] [1080p] [YTS.LT] | SHA1: E1F80.20C12028A1C9AC791E790FDC53F3F65A3E4 | Comcast Cable | Illinois | Polo | Ogle |
| 4 | 73.75.66.14 | 60470 | 2019-08-23 13:56:03 | Hellboy (2019) [WEBRip] [1080p] [YTS.LT] | SHA1: E1F80.20C12028A1C9AC791E790FDC53F3F65A3E4 | Comcast Cable | Illinois | Elgin | Kane |
| 5 | 98.206.129.246 | 44592 | 2019-08-23 03:55:14 | Hellboy (2019) [WEBRip] [1080p] [YTS.LT] | SHA1: E1F80.20C12028A1C9AC791E790FDC53F3F65A3E4 | Comcast Cable | Illinois | Roselle | DuPage |
| 6 | 73.208.27.233 | 6881 | 2019-08-22 08:10:14 | Hellboy (2019) [WEBRip] [1080p] [YTS.LT] | SHA1: E1F80.20C12028A1C9AC791E790FDC53F3F65A3E4 | Comcast Cable | Illinois | Chicago | Cook |
| 7 | 73.50.171.49 | 25382 | 2019-08-21 20:21:41 | Hellboy (2019) [WEBRip] [1080p] [YTS.LT] | SHA1: E1F80.20C12028A1C9AC791E790FDC53F3F65A3E4 | Comcast Cable | Illinois | Romeoville | Will |
| 8 | 73.208.151.249 | 26090 | 2019-08-21 20:14:01 | Hellboy (2019) [WEBRip] [1080p] [YTS.LT] | SHA1: E1F80.20C12028A1C9AC791E790FDC53F3F65A3E4 | Comcast Cable | Illinois | Lombard | DuPage |
| 9 | 24.14.174.43 | 50424 | 2019-08-21 05:38:47 | Hellboy (2019) [WEBRip] [1080p] [YTS.LT] | SHA1: E1F80.20C12028A1C9AC791E790FDC53F3F65A3E4 | Comcast Cable | Illinois | Romeoville | Will |
| 10 | 98.227.150.100 | 52733 | 2019-08-21 03:36:08 | Hellboy (2019) [WEBRip] [1080p] [YTS.LT] | SHA1: E1F80.20C12028A1C9AC791E790FDC53F3F65A3E4 | Comcast Cable | Illinois | Huntley | McHenry |
| 11 | 73.247.88.250 | 47294 | 2019-08-20 02:42:28 | Hellboy (2019) [WEBRip] [1080p] [YTS.LT] | SHA1: E1F80.20C12028A1C9AC791E790FDC53F3F65A3E4 | Comcast Cable | Illinois | Rockford | Winnebago |
| 12 | 73.36.14.210 | 64199 | 2019-08-20 02:10:26 | Hellboy (2019) [WEBRip] [1080p] [YTS.LT] | SHA1: E1F80.20C12028A1C9AC791E790FDC53F3F65A3E4 | Comcast Cable | Illinois | Gurnee | Lake |
| 13 | 24.14.234.219 | 8381 | 2019-08-20 01:35:00 | Hellboy (2019) [WEBRip] [1080p] [YTS.LT] | SHA1: E1F80.20C12028A1C9AC791E790FDC53F3F65A3E4 | Comcast Cable | Illinois | Elmhurst | DuPage |
| 14 | 73.247.216.8 | 59939 | 2019-08-19 23:43:43 | Hellboy (2019) [WEBRip] [1080p] [YTS.LT] | SHA1: E1F80.20C12028A1C9AC791E790FDC53F3F65A3E4 | Comcast Cable | Illinois | Calumet City | Cook |
| 15 | 98.213.116.44 | 6881 | 2019-08-19 04:19:51 | Hellboy (2019) [WEBRip] [1080p] [YTS.LT] | SHA1: E1F80.20C12028A1C9AC791E790FDC53F3F65A3E4 | Comcast Cable | Illinois | Rockford | Winnebago |
| 16 | 73.51.134.244 | 6881 | 2019-08-19 01:40:19 | Hellboy (2019) [WEBRip] [1080p] [YTS.LT] | SHA1: E1F80.20C12028A1C9AC791E790FDC53F3F65A3E4 | Comcast Cable | Illinois | Chicago | Cook |
| 17 | 24.1.100.63 | 18048 | 2019-08-17 23:10:00 | Hellboy (2019) [WEBRip] [1080p] [YTS.LT] | SHA1: E1F80.20C12028A1C9AC791E790FDC53F3F65A3E4 | Comcast Cable | Illinois | Aurora | DuPage |
| 18 | 73.208.22.194 | 53545 | 2019-08-17 20:27:56 | Hellboy (2019) [WEBRip] [1080p] [YTS.LT] | SHA1: E1F80.20C12028A1C9AC791E790FDC53F3F65A3E4 | Comcast Cable | Illinois | Plainfield | Will |
| 19 | 67.165.169.165 | 45561 | 2019-08-17 18:24:50 | Hellboy (2019) [WEBRip] [1080p] [YTS.LT] | SHA1: E1F80.20C12028A1C9AC791E790FDC53F3F65A3E4 | Comcast Cable | Illinois | Midlothian | Cook |
| 20 | 73.209.232.38 | 57571 | 2019-08-17 14:00:34 | Hellboy (2019) [WEBRip] [1080p] [YTS.LT] | SHA1: E1F80.20C12028A1C9AC791E790FDC53F3F65A3E4 | Comcast Cable | Illinois | Sterling | Whiteside |